

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 5:17-CR-00043

EDDIE DWAINE JUSTICE, JR.

## I N F O R M A T I O N

The United States Attorney Charges:

On or about July 26, 2016, at or near Ikes Fork, Wyoming County, West Virginia, and within the Southern District of West Virginia, defendant EDDIE DWAINE JUSTICE, JR. did knowingly possess material, that is, computer graphic image files, containing images and videos of child pornography, as defined in 18 U.S.C. § 2256(8)(A), that involved prepubescent minors and which had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

                                        UNITED STATES OF AMERICA

                                        CAROL A. CASTO
                                        United States Attorney

By: _____
       ERIC P. BACAJ
       Assistant United States Attorney